IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| **CONNIE ELSWICK** and **GARY ELSWICK**, | ) Case No.: 1:20-CV-29 |
| Plaintiff | ) |
| v. | ) |
| **NORFOLK SOUTHERN CORP.**, <u>et al.</u>, | ) By:   Michael F. Urbanski<br>) Chief United States District Judge |
| Defendant | ) |

## ORDER OF DISMISSAL

In accordance with the representation made by counsel that this case has been resolved, it is **ORDERED** and **ADJUDGED** that this case is dismissed with prejudice, and **ORDERED** stricken from the active docket of the court; provided that the court retains jurisdiction to enforce the settlement if any party so moves within 60 days of entry of this order.

All pending motions are **DENIED** as moot and deadlines **SUSPENDED**.

It is **SO ORDERED**.

Entered:   September 8, 2020

*/s/ Michael F. Urbanski*
Michael F. Urbanski
Chief U.S. District Judge
2020.09.08 15:56:28 -04'00'

Michael F. Urbanski
Chief United States District Judge